[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 21, 2011
JOHN LEY
CLERK

No. 10-12627

_____

D.C. Docket No. 0:09-cv-61276-ASG
BKCY No. 08-26220-RBR

In Re;

SIINVESTMENTS, A FLORIDA GENERAL PARTNERSHIP

Debtor,

_____

LORI D. RITENOUR,
STEVEN G. RITENOUR,

Plaintiffs - Appellants,

versus

LES S. OSBORNE,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(April 21, 2011)

Before TJOFLAT and BARKETT, Circuit Judges, and STEELE,[*] District Judge.

PER CURIAM:

This is an appeal from the district court's order of June 3, 2010, confirming two orders of the bankruptcy court in this Chapter 11 case. In the district court, appellants claimed that the bankruptcy court erred in (1) declining to invalidate a 99-year lease that was assigned to the debtor, and (2) concluding that certain escalator provisions of the lease were waived for purposes of determining the cure amount owed to appellants. See 11 U.S.C. § 365(b)(1)(A). The district court found no such error and affirmed the challenged bankruptcy court rulings.

Having heard argument of counsel, we are convinced, for the reasons the district court stated in its June 3 order, that the bankruptcy court did not err as appellants claim. The district court's judgment therefore is

AFFIRMED

---

[*] Honorable John E. Steele, United States District Judge for the Middle District of Florida, sitting by designation.